UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA  -v.-  EDDY ANTONIO ESPINAL OVALLE,  Defendant. | 20 Cr. 570 (KPF)  ORDER |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that whereas the Defendant, Eddy Antonio Espinal Ovalle, USM # 64369-054, has been sentenced in the above case to a term of time served, the U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

SO ORDERED.

Dated:   October 23, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge